AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

THE KALISPEL TRIBE OF INDIANS, a Native American tribe,

        Plaintiff,

v.

ORVILLE MOE and the marital community of ORVILLE AND DEONNE MOE,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-03-423-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Plaintiff and against the Defendants in the amount of $29,149.00, plus prejudgment interest since February 28, 2004, pursuant to the Order Granting Plaintiff's Motion for Summary Judgment Re: Damages entered on September 15, 2008, Ct. Rec. 211.

| | |
|---|---|
| September 15, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |